IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00144-MEH-CBS

LORA CASIAS,

Plaintiff(s),

v.

RICHARD J. BOUDREAU & ASSOCIATES, LLC;

Defendant(s).

ORDER OF DISMISSAL WITH PREJUDICE

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

This matter has come before the Court upon the parties' Stipulation for Dismissal with Prejudice. The Court having reviewed said stipulation, and being fully advised in the premises,

It is hereby ORDERED that the Stipulation for Dismissal with Prejudice [Filed May 22, 2007; Docket #22] is **granted**. The above-captioned action is hereby dismissed with prejudice, and each party shall pay their own fees and costs.

Dated at Denver, Colorado, this 23rd day of May, 2007.

BY THE COURT:

s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge